No. 70–5288.  ROSS ET AL. v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 70–5319.  POLSKY v. NEW MEXICO.  Ct. App. N. M.  Certiorari denied.

No. 71–335.  WOLBERG v. OREGON.  Ct. App. Ore. Certiorari denied.

No. 71–353.  GUMEN ET AL. v. CALIFORNIA.  Sup. Ct. Cal.  Certiorari denied.

No. 71–375.  THAYER v. CALIFORNIA.  App. Dept., Super. Ct. Cal., County of Orange.  Certiorari denied.

No. 71–401.  DE LA PARRA v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 71–476.  CARZOLI v. UNITED STATES.  C. A. 7th Cir.  Certiorari denied.

No. 71–479.  MARENO ET VIR v. WESTCHESTER ROCKLAND NEWSPAPERS, INC., ET AL.  App. Div., Sup. Ct. N. Y., 2d Jud. Dept.  Certiorari denied.

No. 71–487.  SEAMAN v. NEW JERSEY.  Super. Ct. N. J.  Certiorari denied.

No. 71–489.  ALLIED PILOTS ASSN. v. CIVIL AERONAUTICS BOARD ET AL.; and
No. 71–550.  AMERICAN AIRLINES, INC. v. CIVIL AERONAUTICS BOARD ET AL.  C. A. 2d Cir.  Certiorari denied. Reported below: 445 F. 2d 891.

No. 71–494.  URBAN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.